PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CV-01102-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| APPROXIMATELY $745,355.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States and Claimant Jamie Richardson (the "claimant") hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings until the resolution of the related criminal case against Jaime Richardson regarding drug trafficking.

1.  The claimant has filed a claim in this *in rem* forfeiture action, asserting an ownership and possessory interest in, and the right to exercise dominion and control over, all of the defendant Approximately $745,355.00 in U.S. Currency ("defendant currency"). ECF No. 12.

2.  The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant currency constitutes money furnished and intended to be furnished in exchange for a controlled substance or listed chemical, constituted proceeds traceable to such an exchange and was used and intended to be used to commit or facilitate a violation of 21 U.S.C.

§§ 841 *et seq.* Claimant denies these allegations.

3. To date, several individuals have been charged with federal crimes related to marijuana manufacturing and distribution in <u>United States. v. Jamie Richardson, et al., 2:17-CR-00044-KJM</u>. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant currency. Nevertheless, the United States intends to depose the claimant regarding his claim of ownership of the defendant currency, as well as his knowledge of drug trafficking. If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking his Fifth Amendment rights against self-incrimination and losing the ability to pursue his claim to the defendant currency, or waiving his Fifth Amendment right and submitting to a deposition and potentially incriminating himself. If he invokes his Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claim he filed with this court.

4. In addition, claimant intends to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Drug Enforcement Administration. Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution.

5. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal case. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

Dated: 8/3/17                                            PHILLIP A. TALBERT
                                                           United States Attorney

                                                       By: /s/ Kevin C. Khasigian
                                                           KEVIN C. KHASIGIAN
                                                           Assistant U.S. Attorney


Dated: 8/7/17                                            /s/ Johnny L. Griffin, III
                                                           JOHNNY L. GRIFFIN, III
                                                           Attorney for Claimant Jamie Richardson

                                                           (Authorized by email)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i) until the conclusion of the related criminal case, at which time the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

DATED: August 11, 2017.

_____
UNITED STATES DISTRICT JUDGE