UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:17-cv-01102-KJM-SCR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Approximately $745,355.00 in U.S. Currency, | |
| Defendant. | |

Attorney Johnny L. Griffin, III, moves to withdraw as counsel for claimant Jamie Malik Richardson, citing "irreconcilable differences" and explaining Richardson had "advised" him that "he would retain new counsel." ECF No. 32.

The California Rules of Professional Conduct require an attorney to withdraw from a representation when "the client discharges the lawyer." Cal. R. Prof. Conduct 1.16(a)(4). Otherwise, "a lawyer may withdraw from representing a client" if "the client knowingly and freely assents to termination of the representation." Cal. R. Prof. Conduct 1.16(b). An attorney may also withdraw for other reasons as well, such as when "the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively." Cal. R. Prof. Conduct 1.16(b)(4).

It is unclear whether Richardson has discharged Griffin or has assented to his withdrawal. Richardson seems not to know whether Griffin continues to represent him. *See* Mot., ECF No. 26

(stating "petitioner is not sure that he still being represented by this attorney"), *disregarded*, ECF No. 27; *see also* Mot. Withdraw at 7 (citing ECF No. 26).  Nor do the "irreconcilable differences" cited in counsel's motion permit the court to conclude whether withdrawal is otherwise appropriate under Rule 1.16(b).

    For these reasons, counsel for Richardson is directed to file a supplemental declaration in support of the pending request to withdraw **within fourteen days**.  Alternatively, if disclosing the reasons for counsel's motion would risk violating Richardson's attorney–client privilege or causing similar prejudice, then counsel may submit a confidential supplemental declaration for the court's review *in camera* by the same deadline.  The confidential declaration should not be filed on the public docket but should be submitted by email to kjmorders@caed.uscourts.gov.

    IT IS SO ORDERED.

DATED:  October 30, 2024.

_____
UNITED STATES DISTRICT JUDGE