UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:17-cv-01102-KJM-SCR |
| Plaintiff, | ORDER |
| v. | |
| Approximately $745,355.00 in U.S. Currency, | |
| Defendant. | |

Attorney Johnny L. Griffin, III, moves to withdraw as counsel for claimant Jamie Malik Richardson, citing "irreconcilable differences" and explaining Richardson had "advised" him that "he would retain new counsel." ECF No. 32. The court previously instructed Griffin to submit a supplemental declaration clarifying Richardson's position, which he has now done. The court has reviewed that declaration *in camera* to preserve Richardson's attorney–client privilege. The motion to withdraw (ECF No. 32) is **granted** under Local Rule 180(d) and California Rule of Professional Conduct 1.16(b)(4) and (6).

IT IS SO ORDERED.

DATED: November 5, 2024.

UNITED STATES DISTRICT JUDGE