ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY $745,355.00 IN
U.S. CURRENCY,

               Defendant.

2:17-CV-01102-TLN-SCR

FINDINGS AND
RECOMMENDATIONS

This matter came before the Honorable Magistrate Judge Sean C. Riordan on the United States' *ex parte* motion for default judgment.  The Court dismissed a claim filed by Jamie Richardson with prejudice (ECF No. 38), so he is no longer a party to this action.  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency to oppose the United States' motion.  Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1.      This action arose out of a Verified Complaint for Forfeiture *In Rem* filed May 26, 2017.

2.      The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Michelle D. Clark and Aysiah Clark.

3.      The United States has shown that a complaint for forfeiture was filed; that potential claimants Michelle D. Clark and Aysiah Clark received notice of the forfeiture action; that any and all

1

Findings and Recommendations

other unknown potential claimants have been served by publication; that any claims have been dismissed with prejudice; and that grounds exist for entry of a final judgment of forfeiture.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1.    Michelle D. Clark and Aysiah Clark be held in default;

2.    The United States' motion for default judgment and final judgment of forfeiture be granted;

3.    Judgment by default be entered against any right, title, or interest of potential claimants Michelle D. Clark and Aysiah Clark in the defendant currency referenced in the above caption;

4.    A final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law; and

5.    The Default Judgment and Final Judgment of Forfeiture lodged herein (ECF No. 39-3) be signed by the assigned District Judge and filed by the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these findings and recommendations, any party may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 26, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2

Findings and Recommendations