UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cv-01102-TLN-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| APPROXIMATELY $745,355.00 IN U.S. CURRENCY, | |
| Defendant. | |

On January 27, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 41.) No party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 27, 2026 (ECF No. 41) are ADOPTED in full;

2. Michelle D. Clark and Aysiah Clark are held in default;

3. The United States' motion for default judgment and final judgment of forfeiture is

1

GRANTED;

4.    Judgment by default shall be entered against any right, title, or interest of potential claimants Michelle D. Clark and Aysiah Clark in the defendant currency referenced in the above caption;

5.    A final judgment of forfeiture will be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law; and

6.    The Clerk will enter Judgment in accord with this Order and the proposed Judgment (ECF No. 39-3).

IT IS SO ORDERED.

Date: May 18, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE